LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     vs.<br><br>CHERYL D. OWENS, AKA CHERYL D. TATE, AKA CHERYL D. TATE-OWENS,<br><br>         Defendant | No. CV A 12-0543<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Cheryl D. Owens, aka Cheryl D. Tate, aka Cheryl D. Tate-Owens, in the principal amount of $2,582.22 plus interest accrued to January 18, 2012, in the sum of $2,272.22; with interest accruing thereafter at 5% annually until entry of judgment, for a total amount of **$4,854.44**.

DATED: 3/2/2012            By: TERRI NAFISI
                               Clerk of the Court
                               L. RAYFORD
                               _____
                               Deputy Clerk
                               United States District Court